UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 20-mj-00027 (RMM) |
| | : | |
| | : | VIOLATIONS: |
| v. | : | |
| | : | 18 U.S.C. 401(3) |
| | : | (Contempt of Court) |
| MICHAEL COSTELLO HENSLEY, | : | |
| Defendant. | : | |
| | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about December 9, 2019, and continuing until on or about February 10, 2020, in the District of Columbia, the defendant, MICHAEL COSTELLO HENSLEY, did knowingly violate a valid Court Order issued in Federal case number 18-cr-00270 (RMM) in the United States District Court for the District of Columbia, by failing to comply with multiple conditions of his release as set forth in an Order Setting Conditions of Release, filed on December 6, 2019 (ECF No. 31).  Specifically, the defendant (1) failed to return to and reside at 58 W Oakview Road in Ash[e]ville, North Carolina; (2) failed to advise the court or the pretrial services officer or supervising officer in writing before making any change of residence or telephone number; (3) failed to appear before Magistrate Judge Meriweather in the U.S. District Court for the District of Columbia as required on or about December 18, 2019; and (4) failed to submit to supervision by and report for supervision to the Pretrial Services Agency [PSA] by calling telephone number (202) 442-1000, once per week.

(**Contempt of Court for Violation of a Release Condition**, in violation of Title 18, United States Code, Sections 401(3))

                              TIMOTHY J. SHEA
                              United States Attorney
                              D.C. Bar No. 437437

By:    _____
        REAGAN N. CLYNE
        Special Assistant United States Attorney
        Virginia Bar Number 74767
        United States Attorney's Office
        National Security Section, Room 11-824A
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        (202) 252-7215
        Reagan.Clyne@usdoj.gov